47 A.3d 1179

COMMONWEALTH of Pennsylvania, Respondent

v.

Ilir SULCAJ, Petitioner.

No. 31 EM 2012.

Supreme Court of Pennsylvania.

July 9, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 9th day of July, 2012, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.